UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJAY SURESH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOCATEAI INC.,<br><br>　　　　Defendant. | Case No. 23-cv-06588-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 30 |

Plaintiff filed a notice advising the Court that the parties in above captioned matter settled and expect to file a stipulation of dismissal within forty-five days. In light of the settlement, the Court HEREBY ORDERS that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within 90 days, with proof of service of a copy thereon on opposing counsel, that the said settlement has not been completed, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

If no party notifies the Court of the need to place the matter back on calendar within 90 days, the matter shall be deemed dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: October 31, 2024

_____
SALLIE KIM
United States Magistrate Judge